# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

147002 & (21)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CITIZENS UNITED AGAINST
CORRUPT GOVERNMENT,
          Petitioner-Appellant,

v

      SC: 147002
      COA: 314639

CITY OF DETROIT FINANCIAL
REVIEW TEAM, ANDY DILLON,
FREDERICK HEADEN, THOMAS
McTAVISH, DARRELL BURKS,
RONALD GOLDSBERRY, and KEN
WHIPPLE,
          Respondents-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 7, 2013 and the March 28, 2013 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



h0520

                Clerk